UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELIUS E. BROWN,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>DYER,<br><br>　　　　　　　Defendant | Case No.  3:23-cv-00626-ART-CLB<br><br>**ORDER** |

On December 7, 2023, Plaintiff Cornelius Brown, an inmate in the custody of the Nevada Department of Corrections, filed an application to proceed *in forma pauperis* and submitted documents that appear to be prison grievance records. (ECF Nos. 1, 1-1). But Plaintiff has not filed a complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

For the foregoing reasons, it is ordered that Plaintiff will submit a signed complaint to this Court on or before **Wednesday, January 25, 2024**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can comply with LSR 2-1 and file a complaint.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED this 11th day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE